DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HELEN M. MORRIS,** by and through **ANNETTE H. MORRIS,** Attorney-in-Fact,
Appellant,

v.

**SNH SE TENANT, TRS, INC., SNH TRS, INC., SENIOR HOUSING PROPERTIES TRUST, FVE MANAGERS, INC., FIVE STAR LIVING, INC.** f/k/a **FIVE STAR QUALITY CARE, INC., SPTMRT PROPERTIES TRUST,** and **PATRICIA J. FOSTER** (as to **THE GARDENS OF PORT ST. LUCIE**),
Appellees.

No. 4D20-1622

[May 6, 2021]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Barbara W. Bronis, Judge; L.T. Case No. 562018CA001022AXXXXHC.

Megan Gisclar Colter, Lisa M. Tanaka, and Donna K. Hanes of Wilkes & Associates, P.A., Tampa, for appellant.

Thomas A. Valdez and Kimberly J. Lopater of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for appellee, SNH SE Tenant, TRS, Inc.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***